AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| MATTHEW ALLEN GAHAN | ) Case No. |
|  | ) 5:23-mj-1223-PRL |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 13, 2023** in the county of **Marion** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Caleb D. Turner, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 13, 2023

_____
*Judge's signature*

City and state: Ocala, Florida    Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                    MDFL CASE NO.  5:23-mj-1223-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Caleb D. Turner, being duly sworn, hereby depose and state as follows:

#### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been so employed since February 2, 2023. I am currently assigned to the Jacksonville, Florida Division of the FBI.

2.      As a Special Agent, I am authorized to conduct investigations and make arrests for criminal offenses including 18 U.S.C. § 2252A, relating to materials constituting or containing child pornography. I conduct a variety of criminal investigations including crimes against children. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children, in violation of 18 U.S.C. § 2252A. I have experience in searches pertaining to the possession, collection, production, and transportation of child pornography.

3.      This affidavit is in support of a criminal complaint. The information set forth in this affidavit is based on my personal participation in this investigation, information provided to me by other individuals including other law enforcement officers, my review of the videos and documents related to this investigation, and communications with other individuals who have personal knowledge of the events

and circumstances described herein. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. I have set forth only the facts I believe are necessary to establish probable cause to charge MATTHEW ALLEN **GAHAN** with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

## Statutory Authority

4. This investigation concerns alleged violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors. Based upon my training and experience, I know the following:

    a. 18 U.S.C. § 2252A(a), in pertinent part, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer.

    b. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or

foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

   c.  The internet is a facility of interstate commerce.

## Probable Cause

  5.  On September 7, 2023, the Honorable Philip R. Lammens, United States Magistrate Judge, signed a federal search warrant for the property, premises, and curtilage located at 6559 SE 169th Street, Summerfield, Florida 34491, (hereinafter the "Premises") where **GAHAN** is known to be residing.  Summerfield is in Marion County, in the Middle District of Florida.  The items and information to be searched in the Premises included all evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A(a)(5)(B), relating to possession of child pornography, involving **GAHAN**, including any digital devices.

  6.  On September 13, 2023, FBI special agents executed the search warrant.  The owner of the Premises – **GAHAN's** mother, C.B. – was the only person inside the Premises before law enforcement removed her to conduct the search.

  7.  C.B. told the special agents where **GAHAN** sleeps in the Premises. Within **GAHAN's** bedroom, the special agents located two desktop computers and

two laptop computers. The laptop computers were both stored in a dresser drawer. One of the desktop computers was unplugged. The other desktop computer was plugged into an electrical outlet and available for use. This desktop computer was sitting on a desk with paperwork pertaining to stocks with **GAHAN's** name on it. The special agents were able to conduct a limited forensic review of this desktop computer while on scene. This desktop computer has three hard drives built within it. One of the hard drives on the computer has a "virtual machine," which is essentially a virtual computer inside the physical computer.

8. The special agents found five videos containing child pornography, as defined in 18 U.S.C. § 2256(8)(a), that were saved onto the virtual machine's desktop. A representative sample of the videos discovered are described as follows:

> a. Video #1, Name: "8 year old mushroom head cutie shows dick ass feet 4." The video depicts a prepubescent male approximately seven or eight years old. The male has his underwear down, and his penis is exposed. He is fondling his penis with his hands in the video. He also shows his anus and uses his finger to penetrate his anus. This video contains a watermark of Omegle, which is an internet website. Because this video was obtained through the internet, it affected interstate commerce.

4

b. Video #2, Name: "11 year old ben jerks and puts toothbrush in ass." The video depicts a prepubescent male with his erect penis exposed. He is masturbating his penis with his hands. He also penetrates is anus with a toothbrush.

c. Video #3, Name: "selfsuck_whit_cum." The video depicts a prepubescent male, approximately ten or eleven years old, with his penis exposed. He is giving himself oral sex and masturbating his penis with his hands. The male ejaculates into his mouth.

d. Video #4, Name: "04 (3)." The video depicts a prepubescent male, approximately six or seven years old, with his pants around his ankles and his penis exposed. The male is lying on his back with an erect penis. The male then turns onto his stomach. The person filming the video approaches the male and spreads his butt cheeks to expose the male's anus.

e. Video #5, Name: "youtoo014." The video depicts a prepubescent male, approximately seven years old, drop his underwear and expose his penis. The male masturbates his erect penis with his hands.

9. The hard drive containing videos of child pornography has a manufacturing sticker indicating that it was manufactured by Seagate, which does

not have any manufacturing plants in Florida. The manufacturing sticker also provides that the hard drive is a "Product of Thailand." Because the videos containing child pornography were on a device that was manufactured outside Florida, the videos affected interstate commerce.



*Above is an image of the hard drive's manufacturing information.*

6



*Above is a closer image of the hard drive's manufacturing information.*

10. Based on the foregoing, I submit that there is probable cause that **GAHAN** violated 18 U.S.C. § 2252A(a)(5)(B), relating to possession of child pornography on or about September 13, 2023.

_____
Caleb D. Turner
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
telephone on the 13th day of September, 2023.

_____
Philip R. Lammens
United States Magistrate Judge