FILED
Date: 12/12/2023
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:23-cr-91-JA-PRL
      18 U.S.C. § 2252A(a)(5)(B)
MATTHEW ALLEN GAHAN   18 U.S.C. § 2251(a) & (e)

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about September 13, 2023, in the Middle District of Florida, and elsewhere, the defendant,

**MATTHEW ALLEN GAHAN,**

did knowingly possesses any material that contains an image of child pornography, that is a visual depiction, including any photograph, film, video, picture, and computer and computer-generated image and picture of sexually explicit conduct, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and an image of child pornography involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

Beginning on or about May 13, 2023, and continuing through on or about May 25, 2023, in the Middle District of Florida and elsewhere, the defendant,

**MATTHEW ALLEN GAHAN**,

did employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice and coerce a minor, G.S., to engage in any sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce, that is, by computer via the internet.

In violation of 18 U.S.C. § 2251(a) and (e).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2252A(a)(5)(B) and/or 2251(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped, or received in violation of chapter 110;

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

  3. The property to be forfeited includes, but is not limited to, the following devices that were seized by law enforcement on September 13, 2023:

   a. Seagate 2000G hard drive,

   b. HGST hard drive,

   c. Seagate backup plus portable hard drive,

   d. Samsung Evo 970 hard drive, and

   e. Samsung Galaxy Cellphone.

  4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

███████████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *(signed)* Hannah Nowalk
Hannah Nowalk
Assistant United States Attorney

By: *(signed)* Robert E. Bodnar, Jr.
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
December 23

No. 5:23-cr-91-JA-PRL

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

MATTHEW ALLEN GAHAN

SUPERSEDING INDICTMENT

Violations:  18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2251(e)

A true bill,

███████████████
Foreperson

Filed in open court this 12th day

of December 2023.

*M Taylor* /Clerk

Bail $_____

GPO 863 525