AF Approval _____   Chief Approval _____

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 5:23-cr-91-JA-PRL

MATTHEW ALLEN GAHAN

### PLEA AGREEMENT

Pursuant to Fed. R. Crim. P. 11(c), the United States of America, by

Roger B. Handberg, United States Attorney for the Middle District of Florida,

and the defendant, Matthew Allen Gahan, and the attorney for the defendant,

Sean Landers, Esquire, mutually agree as follows:

**A.    Particularized Terms**

1.    Counts Pleading To

The defendant shall enter a plea of guilty to Counts One and

Two of the Superseding Indictment.  Count One charges the defendant with

possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Count Two charges the defendant with producing child pornography, in

violation of 18 U.S.C. § 2251(a).

2.    Minimum and Maximum Penalties

Count One carries a maximum sentence of 10 years'

imprisonment, a fine of $250,000, a term of supervised release of not more

Defendant's Initials  MG

than 3 years, and a special assessment of $100. With respect to certain

offenses, the Court shall order the defendant to make restitution to any victim

of the offenses, and with respect to other offenses, the Court may order the

defendant to make restitution to any victim of the offenses, or to the

community, as set forth below.

Count Two is punishable by a **<u>mandatory minimum</u>** term of

imprisonment of 15 years and a maximum of 30 years, a fine of $250,000, a

term of supervised release of not less than 5 years and a maximum of life, and

a special assessment of $100.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall

impose a $5,000 special assessment on any non-indigent defendant convicted

of an offense in violation of certain enumerated statutes involving: (1)

peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual

exploitation and other abuse of children; (4) transportation for illegal sexual

activity; or (5) human smuggling in violation of the Immigration and

Nationality Act (exempting any individual involved in the smuggling of an

alien who is the alien's spouse, parent, son or daughter).

3.    Elements of the Offenses

The defendant acknowledges understanding the nature and elements of the offenses with which defendant has been charged and to which defendant is pleading guilty.  The elements of Count One and Two are:

Count One: Possession of child pornography
18 U.S.C. § 2252A(a)(5)(B)

First:       The Defendant knowingly possessed an item or items of child pornography;

Second:   The items of child pornography had been transported in interstate or foreign commerce including by computer; and

Third:      When the defendant possessed the items, the defendant believed the items contained child pornography.

Count Two: Producing child pornography
18 U.S.C. § 2251(a)

First:       An actual minor, that is, a real person who was less than 18 years old, was depicted;

Second:   The Defendant used, persuaded, induced, enticed, or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and

Third:      Either (a) the Defendant knew or had reason to know that the visual depiction would be transported in interstate commerce; (b) the visual depiction was

Defendant's Initials 𝓜𝓬\_\_\_\_          3

produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer; or (c) the visual depiction was actually transported in interstate commerce.

4.    <u>No Further Charges</u>

If the Court accepts this plea agreement, the United States Attorney's Office for the Middle District of Florida agrees not to charge defendant with committing any other federal criminal offenses known to the United States Attorney's Office at the time of the execution of this agreement, related to the conduct giving rise to this plea agreement.

5.    <u>Mandatory Restitution to Victim of Offense of Conviction</u>

Pursuant to 18 U.S.C. § 2259, defendant agrees to make full restitution to G.S.

6.    <u>Mandatory Restitution to Victims of Offense of Conviction</u>

Pursuant to 18 U.S.C. § 2259, defendant agrees to make restitution to known victims of the offense for the full amount of the victims' losses as determined by the Court.  Further, pursuant to 18 U.S.C. § 3664(d)(5), the defendant agrees not to oppose bifurcation of the sentencing hearing if the victims' losses are not ascertainable prior to sentencing.

Defendant's Initials 𝓜𝓖                    4

7.      <u>Acceptance of Responsibility - Three Levels</u>

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will not oppose the defendant's request to the Court that the defendant receive a two-level downward adjustment for acceptance of responsibility, pursuant to USSG § 3E1.1(a).  The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

Further, at the time of sentencing, if the defendant's offense level prior to operation of subsection (a) is level 16 or greater, and if the defendant complies with the provisions of USSG § 3E1.1(b) and all terms of this Plea Agreement, including but not limited to, the timely submission of the financial affidavit referenced in Paragraph B.5., the United States agrees to file a motion pursuant to USSG § 3E1.1(b) for a downward adjustment of one additional level.  The defendant understands that the determination as to whether the defendant has qualified for a downward adjustment of a third level for acceptance of responsibility rests solely with the United States Attorney for the Middle District of Florida, and the defendant agrees that the defendant cannot

Defendant's Initials _MC_                    5

and will not challenge that determination, whether by appeal, collateral attack, or otherwise.

      8.    <u>Cooperation - Substantial Assistance to be Considered</u>

      Defendant agrees to cooperate fully with the United States in the investigation and prosecution of other persons, and to testify, subject to a prosecution for perjury or making a false statement, fully and truthfully before any federal court proceeding or federal grand jury in connection with the charges in this case and other matters, such cooperation to further include a full and complete disclosure of all relevant information, including production of any and all books, papers, documents, and other objects in defendant's possession or control, and to be reasonably available for interviews which the United States may require.  If the cooperation is completed prior to sentencing, the government agrees to consider whether such cooperation qualifies as "substantial assistance" in accordance with the policy of the United States Attorney for the Middle District of Florida, warranting the filing of a motion at the time of sentencing recommending (1) a downward departure from the applicable guideline range pursuant to USSG §5K1.1, or (2) the imposition of a sentence below a statutory minimum, if any, pursuant to 18 U.S.C. § 3553(e), or (3) both.  If the cooperation is completed subsequent to sentencing, the government agrees to consider whether such cooperation

qualifies as "substantial assistance" in accordance with the policy of the United States Attorney for the Middle District of Florida, warranting the filing of a motion for a reduction of sentence within one year of the imposition of sentence pursuant to Fed. R. Crim. P. 35(b). In any case, the defendant understands that the determination as to whether "substantial assistance" has been provided or what type of motion related thereto will be filed, if any, rests solely with the United States Attorney for the Middle District of Florida, and the defendant agrees that defendant cannot and will not challenge that determination, whether by appeal, collateral attack, or otherwise.

9.   Use of Information - Section 1B1.8

Pursuant to USSG §1B1.8(a), the United States agrees that no self-incriminating information which the defendant may provide during the course of defendant's cooperation and pursuant to this agreement shall be used in determining the applicable sentencing guideline range, subject to the restrictions and limitations set forth in USSG §1B1.8(b).

10.   Cooperation - Responsibilities of Parties

a.   The government will make known to the Court and other relevant authorities the nature and extent of defendant's cooperation and any other mitigating circumstances indicative of the defendant's rehabilitative intent by assuming the fundamental civic duty of reporting crime. However,

Defendant's Initials **MG**          7

the defendant understands that the government can make no representation that the Court will impose a lesser sentence solely on account of, or in consideration of, such cooperation.

      b.     It is understood that should the defendant knowingly provide incomplete or untruthful testimony, statements, or information pursuant to this agreement, or should the defendant falsely implicate or incriminate any person, or should the defendant fail to voluntarily and unreservedly disclose and provide full, complete, truthful, and honest knowledge, information, and cooperation regarding any of the matters noted herein, the following conditions shall apply:

      (1)     The defendant may be prosecuted for any perjury or false declarations, if any, committed while testifying pursuant to this agreement, or for obstruction of justice.

      (2)     The United States may prosecute the defendant for the charges which are to be dismissed pursuant to this agreement, if any, and may either seek reinstatement of or refile such charges and prosecute the defendant thereon in the event such charges have been dismissed pursuant to this agreement. With regard to such charges, if any, which have been dismissed, the defendant, being fully aware of the nature of all such charges now pending in the instant case, and being further aware of defendant's rights,

Defendant's Initials ᴍᴄₐ         8

as to all felony charges pending in such cases (those offenses punishable by imprisonment for a term of over one year), to not be held to answer to said felony charges unless on a presentment or indictment of a grand jury, and further being aware that all such felony charges in the instant case have heretofore properly been returned by the indictment of a grand jury, does hereby agree to reinstatement of such charges by recission of any order dismissing them or, alternatively, does hereby waive, in open court, prosecution by indictment and consents that the United States may proceed by information instead of by indictment with regard to any felony charges which may be dismissed in the instant case, pursuant to this plea agreement, and the defendant further agrees to waive the statute of limitations and any speedy trial claims on such charges.

(3)     The United States may prosecute the defendant for any offenses set forth herein, if any, the prosecution of which in accordance with this agreement, the United States agrees to forego, and the defendant agrees to waive the statute of limitations and any speedy trial claims as to any such offenses.

(4)     The government may use against the defendant the defendant's own admissions and statements and the information and books,

papers, documents, and objects that the defendant has furnished in the course of the defendant's cooperation with the government.

        (5)     The defendant will not be permitted to withdraw the guilty pleas to those counts to which defendant hereby agrees to plead in the instant case but, in that event, defendant will be entitled to the sentencing limitations, if any, set forth in this plea agreement, with regard to those counts to which the defendant has pled; or in the alternative, at the option of the United States, the United States may move the Court to declare this entire plea agreement null and void.

11.    Forfeiture of Assets

        The defendant agrees to forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, pursuant to 18 U.S.C. § 2253 whether in the possession or control of the United States, the defendant or defendant's nominees.

        The assets to be forfeited specifically include, but are not limited to, the following: Seagate 2000G hard drive, Samsung Evo 970 hard drive, and Samsung Galaxy Cellphone, all of which were seized by law enforcement on September 13, 2023. The Seagate 200G hard drive was used to commit the possession offense charged in Count One of the Superseding Indictment. The Samsung Evo 970 hard drive and the Samsung Galaxy Cellphone were used

Defendant's Initials **MC**          10

to commit and to promote the commission of the production offense charged in Count Two of the Superseding Indictment.

The defendant agrees and consents to the forfeiture of these assets pursuant to any federal criminal, civil judicial or administrative forfeiture action.  The defendant also agrees to waive all constitutional, statutory and procedural challenges (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this Plea Agreement on any grounds, including that the forfeiture described herein constitutes an excessive fine, was not properly noticed in the charging instrument, addressed by the Court at the time of the guilty plea, announced at sentencing, or incorporated into the judgment.

The defendant admits and agrees that the conduct described in the Factual Basis below provides a sufficient factual and statutory basis for the forfeiture of the property sought by the government.  Pursuant to Rule 32.2(b)(4), the defendant agrees that the preliminary order of forfeiture will satisfy the notice requirement and will be final as to the defendant at the time it is entered. In the event the forfeiture is omitted from the judgment, the defendant agrees that the forfeiture order may be incorporated into the written judgment at any time pursuant to Rule 36.

Defendant's Initials ﹏﹏                11

The defendant agrees to take all steps necessary to identify and locate all property subject to forfeiture and to transfer custody of such property to the United States before the defendant's sentencing. The defendant agrees to be interviewed by the government, prior to and after sentencing, regarding such assets and their connection to criminal conduct. The defendant further agrees to be polygraphed on the issue of assets, if it is deemed necessary by the United States. The defendant agrees that Federal Rule of Criminal Procedure 11 and USSG § 1B1.8 will not protect from forfeiture assets disclosed by the defendant as part of the defendant's cooperation.

The defendant agrees to take all steps necessary to assist the government in obtaining clear title to the forfeitable assets before the defendant's sentencing. In addition to providing full and complete information about forfeitable assets, these steps include, but are not limited to, the surrender of title, the signing of a consent decree of forfeiture, and signing of any other documents necessary to effectuate such transfers. To that end, the defendant agrees to make a full and complete disclosure of all assets over which defendant exercises control directly or indirectly, including all assets held by nominees, to execute any documents requested by the United States to obtain from any other parties by lawful means any records of assets owned by the defendant, and to consent to the release of the defendant's tax returns for

the previous five years.  The defendant agrees to be interviewed by the government, prior to and after sentencing, regarding such assets and their connection to criminal conduct.

The defendant agrees that the United States is not limited to forfeiture of the property specifically identified for forfeiture in this Plea Agreement.  If the United States determines that property of the defendant identified for forfeiture cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; then the United States shall, at its option, be entitled to forfeiture of any other property (substitute assets) of the defendant up to the value of any property described above.  The Defendant expressly consents to the forfeiture of any substitute assets sought by the Government. The defendant agrees that forfeiture of substitute assets as authorized herein shall not be deemed an alteration of the defendant's sentence.

Forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon the defendant in addition to forfeiture.

Defendant's Initials _MG_                    13

The defendant agrees that, in the event the Court determines that the defendant has breached this section of the Plea Agreement, the defendant may be found ineligible for a reduction in the Guidelines calculation for acceptance of responsibility and substantial assistance, and may be eligible for an obstruction of justice enhancement.

The defendant agrees that the forfeiture provisions of this plea agreement are intended to, and will, survive the defendant, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement.  The forfeitability of any particular property pursuant to this agreement shall be determined as if the defendant had survived, and that determination shall be binding upon defendant's heirs, successors and assigns until the agreed forfeiture, including satisfaction of any preliminary order of forfeiture for proceeds.

12.     Abandonment of Property - Computer Equipment

Defendant acknowledges that he has an ownership interest in the following items of property that are in the lawful custody of the United States: HGST hard drive, Seagate backup plus portable hard drive, Blue HP Stream Laptop, Black LG phone with cracked screen, Black ASUS Chromebook, Silver Apple iPhone, and CPU Tower, all of which was seized from the defendant's residence on September 13, 2023.

Defendant's Initials _____                    14

Defendant understands that he has the right and opportunity to claim the listed property. Defendant hereby knowingly and voluntarily waives all right, title, and interest in the listed property. Defendant waives, releases, and withdraws any claim that Defendant has made with respect to the listed property, and waives and releases any claim that Defendant might otherwise have made to the listed property in the future.

Defendant consents to the vesting of title to the listed property to the United States Government, pursuant to Title 41, Code of Federal Regulations, Section 128-48.102-1. Defendant also consents to the destruction of the property, or other disposition of the property in accordance with law, and without further notice to defendant.

Defendant waives any right Defendant might otherwise have had to receive notice or a hearing with respect to any motion, pleading, order, or any other action that the Government might take, in its sole discretion, to carry out the abandonment, disposition, and/or destruction of the listed property. Defendant's waiver includes, without limitation, all common law, statutory, and constitutional claims or challenges, on any grounds, arising at any time from, or relating to, the seizure, abandonment, disposition, and destruction of the listed property, including any such claim for attorney's fees and litigation costs.

Defendant's Initials **MG**\_\_\_\_\_                 15

Defendant further agrees to hold the United States of America, its agents and employees, harmless from any claims whatsoever in connection with the seizure, abandonment, disposition, and destruction of the listed property.

13.   Sex Offender Registration and Notification

The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school.  Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student.  The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status.  The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

Defendant's Initials mca                          16

**B.**   **Standard Terms and Conditions**

    1.    <u>Restitution, Special Assessment and Fine</u>

        The defendant understands and agrees that the Court, in addition to or in lieu of any other penalty, <u>shall</u> order the defendant to make restitution to any victim of the offense(s), pursuant to 18 U.S.C. § 3663A, for all offenses described in 18 U.S.C. § 3663A(c)(1); and the Court may order the defendant to make restitution to any victim of the offense(s), pursuant to 18 U.S.C. § 3663, including restitution as to all counts charged, whether or not the defendant enters a plea of guilty to such counts, and whether or not such counts are dismissed pursuant to this agreement.  The defendant further understands that compliance with any restitution payment plan imposed by the Court in no way precludes the United States from simultaneously pursuing other statutory remedies for collecting restitution (28 U.S.C. § 3003(b)(2)), including, but not limited to, garnishment and execution, pursuant to the Mandatory Victims Restitution Act, in order to ensure that the defendant's restitution obligation is satisfied.

        On each count to which a plea of guilty is entered, the Court shall impose a special assessment pursuant to 18 U.S.C. § 3013. The special assessment is due on the date of sentencing.  The defendant understands that this agreement imposes no limitation as to fine.

Defendant's Initials ⎯⎯⎯⎯          17

2.    <u>Supervised Release</u>

The defendant understands that the offense(s) to which the defendant is pleading provide(s) for imposition of a term of supervised release upon release from imprisonment, and that, if the defendant should violate the conditions of release, the defendant would be subject to a further term of imprisonment.

3.    <u>Immigration Consequences of Pleading Guilty</u>

The defendant has been advised and understands that, upon conviction, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

4.    <u>Sentencing Information</u>

The United States reserves its right and obligation to report to the Court and the United States Probation Office all information concerning the background, character, and conduct of the defendant, to provide relevant factual information, including the totality of the defendant's criminal activities, if any, not limited to the count(s) to which defendant pleads, to respond to comments made by the defendant or defendant's counsel, and to correct any misstatements or inaccuracies. The United States further reserves its right to

Defendant's Initials ⟨initials⟩          18

make any recommendations it deems appropriate regarding the disposition of this case, subject to any limitations set forth herein, if any.

5.      Financial Disclosures

Pursuant to 18 U.S.C. § 3664(d)(3) and Fed. R. Crim. P. 32(d)(2)(A)(ii), the defendant agrees to complete and submit to the United States Attorney's Office within 30 days of execution of this agreement an affidavit reflecting the defendant's financial condition. The defendant promises that his financial statement and disclosures will be complete, accurate and truthful and will include all assets in which he has any interest or over which the defendant exercises control, directly or indirectly, including those held by a spouse, dependent, nominee or other third party. The defendant further agrees to execute any documents requested by the United States needed to obtain from any third parties any records of assets owned by the defendant, directly or through a nominee, and, by the execution of this Plea Agreement, consents to the release of the defendant's tax returns for the previous five years. The defendant similarly agrees and authorizes the United States Attorney's Office to provide to, and obtain from, the United States Probation Office, the financial affidavit, any of the defendant's federal, state, and local tax returns, bank records and any other financial information concerning the defendant, for the purpose of making any recommendations to

Defendant's Initials M̧ɑ̧_____          19

the Court and for collecting any assessments, fines, restitution, or forfeiture ordered by the Court. The defendant expressly authorizes the United States Attorney's Office to obtain current credit reports in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

6.   Sentencing Recommendations

It is understood by the parties that the Court is neither a party to nor bound by this agreement. The Court may accept or reject the agreement, or defer a decision until it has had an opportunity to consider the presentence report prepared by the United States Probation Office. The defendant understands and acknowledges that, although the parties are permitted to make recommendations and present arguments to the Court, the sentence will be determined solely by the Court, with the assistance of the United States Probation Office. Defendant further understands and acknowledges that any discussions between defendant or defendant's attorney and the attorney or other agents for the government regarding any recommendations by the government are not binding on the Court and that, should any recommendations be rejected, defendant will not be permitted to withdraw defendant's plea pursuant to this plea agreement. The government expressly reserves the right to support and defend any decision that the Court may make

with regard to the defendant's sentence, whether or not such decision is consistent with the government's recommendations contained herein.

7.    Defendant's Waiver of Right to Appeal the Sentence

The defendant agrees that this Court has jurisdiction and authority to impose any sentence up to the statutory maximum and expressly waives the right to appeal defendant's sentence on any ground, including the ground that the Court erred in determining the applicable guidelines range pursuant to the United States Sentencing Guidelines, except (a) the ground that the sentence exceeds the defendant's applicable guidelines range as determined by the Court pursuant to the United States Sentencing Guidelines; (b) the ground that the sentence exceeds the statutory maximum penalty; or (c) the ground that the sentence violates the Eighth Amendment to the Constitution; provided, however, that if the government exercises its right to appeal the sentence imposed, as authorized by 18 U.S.C. § 3742(b), then the defendant is released from his waiver and may appeal the sentence as authorized by 18 U.S.C. § 3742(a).

8.    Middle District of Florida Agreement

It is further understood that this agreement is limited to the Office of the United States Attorney for the Middle District of Florida and cannot bind other federal, state, or local prosecuting authorities, although this

office will bring defendant's cooperation, if any, to the attention of other prosecuting officers or others, if requested.

9.   Filing of Agreement

This agreement shall be presented to the Court, in open court or in camera, in whole or in part, upon a showing of good cause, and filed in this cause, at the time of defendant's entry of a plea of guilty pursuant hereto.

10.   Voluntariness

The defendant acknowledges that defendant is entering into this agreement and is pleading guilty freely and voluntarily without reliance upon any discussions between the attorney for the government and the defendant and defendant's attorney and without promise of benefit of any kind (other than the concessions contained herein), and without threats, force, intimidation, or coercion of any kind.  The defendant further acknowledges defendant's understanding of the nature of the offense or offenses to which defendant is pleading guilty and the elements thereof, including the penalties provided by law, and defendant's complete satisfaction with the representation and advice received from defendant's undersigned counsel (if any).  The defendant also understands that defendant has the right to plead not guilty or to persist in that plea if it has already been made, and that defendant has the right to be tried by a jury with the assistance of counsel, the right to confront

and cross-examine the witnesses against defendant, the right against compulsory self-incrimination, and the right to compulsory process for the attendance of witnesses to testify in defendant's defense; but, by pleading guilty, defendant waives or gives up those rights and there will be no trial. The defendant further understands that if defendant pleads guilty, the Court may ask defendant questions about the offense or offenses to which defendant pleaded, and if defendant answers those questions under oath, on the record, and in the presence of counsel (if any), defendant's answers may later be used against defendant in a prosecution for perjury or false statement.  The defendant also understands that defendant will be adjudicated guilty of the offenses to which defendant has pleaded and, if any of such offenses are felonies, may thereby be deprived of certain rights, such as the right to vote, to hold public office, to serve on a jury, or to have possession of firearms.

11.   Factual Basis

Defendant is pleading guilty because defendant is in fact guilty. The defendant certifies that defendant does hereby admit that the facts set forth in the attached "Factual Basis," which is incorporated herein by reference, are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt.

Defendant's Initials _MG____            23

12.    <u>Entire Agreement</u>

This plea agreement constitutes the entire agreement between the government and the defendant with respect to the aforementioned guilty plea and no other promises, agreements, or representations exist or have been made to the defendant or defendant's attorney with regard to such guilty plea.

13.    <u>Certification</u>

The defendant and defendant's counsel certify that this plea agreement has been read in its entirety by (or has been read to) the defendant and that defendant fully understands its terms.

DATED this ___20<sup>TH</sup>___ day of February 2024.

ROGER B. HANDBERG
United States Attorney


Matthew Allen Gahan
Defendant

Hannah Nowalk
Assistant United States Attorney


Sean Landers, Esquire
Attorney for Defendant

Robert E. Bodnar, Jr
Assistant United States Attorney
Chief, Ocala Division

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 5:23-cr-91-JA-PRL

MATTHEW ALLEN GAHAN

## PERSONALIZATION OF ELEMENTS

**Count One:**

Do you admit that on or about September 13, 2023, in the Middle District of Florida, you knowingly possessed material containing images of child pornography?

Do you admit that the images of child pornography had been transported in interstate and foreign commerce; specifically, the images and videos you possessed had traveled through international websites and were stored on a hard drive that was manufactured in Thailand?

Do you admit that at the time you possessed these images you believed they contained child pornography, that is sexually explicit conduct, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct?

Do you admit that an image of child pornography that you possessed involved a prepubescent minor and a minor who had not attained 12 years of age?

**Count Two:**

Do you admit that between May 13, 2023, and May 25, 2023, you used, persuaded, induced, enticed, or coerced G.S. to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct?

Do you admit that G.S. is an actual minor, that is, a real person who was less than 18 years old?

Do you admit that you knew the visual depiction was actually transported in interstate commerce because G.S. was in Canada when he produced child pornography through online video calls over the internet with you while you were in the Middle District of Florida?

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 5:23-cr-91-JA-PRL

MATTHEW ALLEN GAHAN

FACTUAL BASIS

*Inception of investigation*

On May 9, 2023, the Ocala Federal Bureau of Investigation ("FBI")

Resident Agency received information from the Child Exploitation

Operational Unit ("CEOU"), which is part of the Criminal Investigative

Division's ("CID") Violent Crime Section ("VCS"), which currently maintains

responsibility for Operation Rescue Me. The CEOU's Operation Rescue Me

team works with field offices and our international partners in locating and

identifying victims of crimes against children.

In December 2022, Operation Rescue Me attended an International Law

Enforcement Victim Identification Task Force ("VIDTF") with multiple

foreign law enforcement partners as part of an ongoing international operation

that targeted multiple dark web network websites known for posting child

sexual abuse material. The operation specifically focused on dark web

websites involving users who posted "capping" files and links. Capping is

Defendant's Initials **MG**              27

when children are coerced into committing sexual acts over live stream while someone screen capturers or records a video of the acts. The users who posted the capping files and links on the websites provided the associated passwords for the files and links and claimed to have produced the files themselves.

In May 2023, the Ocala FBI Resident Agency was notified that Matthew Allen Gahan was an active member of four websites on the Tor network (Website A, Website B, Website C, and Website D), which is part of the dark web.[1] Gahan was active on these websites between April 2019 through November 2022. He utilized the websites to distribute, obtain, and advertise child pornography. Based on watermarks with Gahan's identifiers that were included in some of the posted videos, Gahan was capping children.

The person utilizing the usernames "soulsoldtohell" on Website A and "wedgie" on Website B, Website C, and Website D in the Tor network provided an email address and Snapchat account username. Legal process was served to the email provider and Snapchat. The email and Snapchat accounts were connected to Gahan.

Based on this information, the FBI began an investigation into Gahan and these four websites.

---

[1] "Tor" network refers to a type of browser with access to the dark web.

*Tor network websites*

As mentioned above, Website A, Website B, Website C, and Website D were websites on the Tor network facilitating the advertisement and distribution of child pornography.

The Tor network receives the moniker, "dark web," due to the secrecy its users can maintain while accessing websites within the network. The network is designed specifically to facilitate anonymous communication over the Internet. The Tor network attempts to do this by routing Tor user communications through a globally distributed network of relay computers, along a randomly assigned path known as a circuit. Because of the way the Tor network routes communications through the relay computers, traditional Internet Protocol (IP) address-based identification techniques are not effective.

An IP address is a unique numeric address used by computers on the Internet. Every computer attached to the Internet is assigned an IP address so that Internet communication can be sent from one computer's IP address to another's IP address.

A Tor network user's communications are split into packets containing header information and a payload, and they are routed using IP addresses. For a Tor network user's communications to be routed through the Tor network, a Tor user has to share its IP address with the Tor network relay computers.

Defendant's Initials MG          29

These are called nodes. This routing information is stored in the header portion of the packet. As the packets travel through the Tor network, each node can see the IP address information for where the communication came from and to where the information will be sent. Those Tor nodes are operated by volunteers. The volunteers are individuals or entities who have donated computers or computing power to the Tor network to allow it to operate.

A Tor network user's communications are routed through multiple nodes before reaching their destination. When a Tor network user accesses an Internet website, the IP address of the last relay computer is the only IP address that is shown. In websites that operate outside of the Tor network, the user's actual IP address would normally appear on the website's IP address log.

The contents of a Tor network user's communications are also encrypted while the communication passes through the Tor network. This encryption can prevent the operator of a Tor node from observing the content of other Tor users' communications.

The Tor network also makes it possible for users to operate or access websites that are accessible only to users operating within the Tor network. Such websites are called "hidden services" or "onion services." They operate in a manner that attempts to conceal the true IP address of the computer

hosting the website. Like other websites, hidden services are hosted on computer servers that communicate through IP addresses. However, hidden services have unique technical features that attempt to conceal the computer server's location.

Unlike standard Internet websites, a Tor-based web address is comprised of a series of either 16 or 56 algorithm-generated characters.  For example, a web address may look like "asdlk8fs9dflku7f" or "asdlk8fs9dflku7fasdlk8fs9dflku7fasdlk8fs9dflku7fasdlk8fs," followed by the suffix ".onion."

Ordinarily, investigators can determine the IP address of a computer server hosting a website by simply looking it up on a publicly available Domain Name System (DNS) listing. Unlike ordinary Internet websites, however, there is no publicly available DNS listing through which one can query the IP address of a computer server that hosts a Tor hidden service. As such, while law enforcement agents can often view and access hidden services that are facilitating illegal activity, they cannot determine the IP address of a Tor hidden service computer server via public lookups.

As with all Tor communications, communications between a user's computer and a Tor hidden service webserver are routed through a series of intermediary computers. Accordingly, neither law enforcement nor hidden-

service users can use public lookups or ordinary investigative means to determine the true IP address of a computer server that hosts a hidden service.

To access the Tor network, a user must install Tor software. That is most easily done by downloading the free Tor browser from the Tor Project, the private entity that maintains the Tor network, via their website at ww.torproject.org. The Tor browser is a web browser that is configured to route a user's Internet traffic through the Tor network. A user may also access and use the Tor network through any computer or electronic device that has been configured to use Tor routing software, to include a desktop or laptop computer, smartphone, or tablet computer.

*Website A*

Website A was a Tor network website. Its primary purpose was to be a chatroom dedicated to discussion related to child pornography and various sexual fetishes. The website launched in approximately 2013 and operated until approximately 2019 when it was seized by a Brazilian law enforcement agency. Postings to Website A that were publicly available to any registered user at the time of the posting were captured and archived for law enforcement review.

Users of the website regularly used the website to advertise and distribute child pornography. The site allowed users to engage in online

communication with other users. The users could communicate in chat rooms that were openly accessible to all users, within chat rooms only accessible to certain users, or in chat rooms with only two users.

Child pornography images and videos were trafficked through this chat site via the posting of website links within the chat rooms. Links allowed a user to navigate to another website where images and/or videos were stored, and the user could download the image and/or videos. Website A provided its users with information about file hosting websites where users could upload digital files to share with other users.

In May 2023, Australia provided the Ocala FBI office messages that were posted to Website A by a user with the username "soulsoldtohell." The messages were sent while the user was in communication with another user on the website, xxxxx.[1] Within the messages, "soulsoldtohell" disclosed a Protonmail account name. Protonmail is an email address domain. "Soulsoldtohell" advised through these communications that he can utilize its Protonmail account through his "mobile."

---

[1] The name of the other user with whom Gahan was communicating is redacted. At all times when "xxxxx" is used in this factual basis, a name was redacted.

Defendant's Initials ᴍ៱ _____        33

Below are excerpts of conversations on Website A:

| xxxxx<br>4/8/2019 8:22:29 PM | Saw your recent wedgie posts. I have a pretty large archive of my own but don't really know how to share here. Also, not sure people want to really see wedgie stuff (did u see that comment on the their pain our gain thread?). Do you plan on posting more, maybe you make a new thread dedicated to wedgies and I'll post good stuff there.<br><br>Did you see that hypnosis wedgie thing on youtube by the way, got deleted pretty fast but I grabbed it. It's 2 30 ish minute videos where you watch some boy being hypnotized (quite hot if you ask me) and then at the end he gives himself some wedgies. It's stuff like that which I think is kind of hot but not as fast as a 6 second clip of a boy getting wedgied which some people may like more.<br><br>Can't wait to hear back |
|---|---|
| Soulsoldtohell<br>4/9/2019 6:17:10 AM | Oh my god your my new best friend we have so much stuff to post back and forth to surprise each other we should definitely because wedgies are my favorite thing and its scarce here. I have one post of just pictures but I will make a new post with a fair sized load. If your wanting to email me<br>xxxxx@protonmail is a email I can see via mobile I can send an email when I post etc for yeah |

Defendant's Initials ᴍᴄₐ ___          34

| Soulsoldtohell 4/9/19 7:02:33 AM | I will make a post sometime after I go to bed I need some sleep. But… I want to get ahold of you whenever convenient so emailing me would be awesome I can message you via that whenever I wake up instead of going through the process of accessing the deep web. |
|---|---|

A subpoena was issued to Protonmail for subscriber information for the email account xxxxx@protonmail that was mentioned in the above message. The returns provided that the account was created on December 28, 2018. The backup email address for the Protonmail account is xxxxx@gmail.com.

A subpoena was issued to Google for subscriber information for the email account xxxxx@gmail.com. The returns provided that the account belongs to "Matthew" with Gahan's date of birth. It also listed the user's recovery phone. The recovery email address is xxxxx@aol.com.

A subpoena was issued to Google for IP addresses associated with the email address xxxxx@gmail.com. The returns provided the following IP address: 2603:9001:45f0:78d0:f9ca:4846:ac23:d67e. The IP address had a time stamp of December 1, 2022. This IP address is associated with Spectrum, Charter Communications.

A subpoena was issued to Spectrum, Charter Communications for this IP address. The returns provided that this IP address is assigned to the Gahan's home in Summerfield, Florida, in the Middle District of Florida.

A subpoena was issued to T-Mobile for the phone that was listed as the recovery phone on the Google account. The returns provided that the subscriber of the cell phone is Gahan's mother, C.B. The address listed for the subscriber is Gahan's home.

A subpoena was issued to Yahoo for the email address xxxxx@aol.com. The returns provided that Gahan is the subscriber of the account.

The messages attributed to "soulsoldtohell" provided information connected to his location, including: "I live down in FL" and "Oh im eastern coast." The following messages provide these location identifiers:

| | |
|---|---|
| Soulsoldtohell<br>4/18/2019 11:03:48AM | Happy you like them <!-- s:) --><img src="{SMILIES_PATH}/icon_e_smile.gif" alt=":)" title="Smile" /><!-- s:) --> just for you. But yeah Kook? (old guy) but yeah thats the one I can thank my new friends who send me the folder labeled &quot;new&quot; there was a bunch in there to add to my library, that fucking library is like 5GB of videos alot right? But it doesn't feel like it because I know there was alot more out there <!-- s:( --><img src="{SMILIES_PATH}/icon_e_sad.gif" alt=":(" title="Sad" /><!-- s:( --> nah I really dont use snapchat anymore but I might start snapchatting again for darkweb purposes, but its scary how easy the location could be tracked I dont like that idea(alot of work needed for privacy) I live down in FL. how bout you if you dont mind me asking..? |

Soulsoldtohell        Oh im eastern coast so its 6:41pm. I don't I
4/14/2019 10:45:28 PM use the email (protonmail and its sweden
                      base, rarely checked) for dump email its
                      encrypted and not monitored, I use megasync
                      to that email so I can &quot;link&quot; my
                      two OS together in that sorta way, but yeah
                      its pretty cool, I get to change my VM
                      background to whatever cute boy I admire
                      which there is alot of background worthy
                      stuff lol. Sucks but my bad on that new post, I
                      don't and cant get winrar on my new OS so
                      im fucking annoyed its what everyone uses
                      and this OS doesn't support it <!-- s:x --
                      ><img
                      src="{SMILIES_PATH}/icon_mad.gif"
                      alt=":x" title="Mad" /><!-- s:x --> <!-- s:cry:
                      --><img
                      src="{SMILIES_PATH}/icon_cry.gif"
                      alt=":cry:" title="Crying or Very Sad" /><!--
                      s:cry: --> it makes my upload process so
                      much longer

The FBI received the content that was captured and archived from

postings "soulsoldtohell" made on Website A. Various videos and images

depicting pre-pubescent children were discovered in the content. Below are

descriptions of the images and videos:

1. A video entitled "9 (1)" – depicts two male juveniles outside laying on a

   blanket. One appears to be an adolescent and the other appears to be

   prepubescent. They are in the nude and engaging in oral sex as well as

   anal intercourse.

Defendant's Initials ᴍ̲ɢ̲ᵤ̲       37

2. A video entitled "75 (1)" – depicts two adolescent male juveniles in what appears to be a bedroom. One juvenile is laying on the bed while the other stands at the edge. They are then depicted engaging in anal intercourse.

3. A video entitled "Ohne Titel" – depicts an adolescent male who appears to set up a camera in a bedroom. A pre-pubescent girl wearing a purple shirt and purple pants is then shown in the room with the adolescent male. He is shown taking off his underwear and depicts the girl grabbing his penis. The girl then takes off her pants and is shown being vaginally raped by the male.

4. A video entitled "Three 12yo boys play, suck and fuck – kangaroo333@mail.ru" – depicts three adolescent males on a bed. The three boys then take off their clothes and are shown engaging in penetrating each other anally with different objects. They are then shown engaging in oral sex and masturbating each other.

5. A video entitled "VID-20151104-WA0053" – depicts two pre-pubescent males engaging in anal intercourse. One of the boys is laying down and his penis is shown penetrating the anal cavity of the boy on top of him.

In messages from "soulsoldtohell," the user admits at various points that he is actively posting to the site as well as "admiring" the content that is

available. The user mentions that he has a fetish that involves underage children receiving wedgies. He also discusses various methods to evade detection from law enforcement. Examples of these messages are shown below:

| | |
|---|---|
| xxxxx<br>4/14/2019 11:37:43 PM | wow so you like girls too? I thought everyone here was just gay. nope, I wouldnt do that to a boy, might rupture his ass. I will try with the boy who I met. thing is the second I speak to him its like my brain gets a rush of blood and I forget how to be normal. congrats for having some balls btw. I will probably do it with a boy but hell be my age and with the basis of a relationship as attraction for me stops when they get too young. I dont think Ive even looked at the toddler page here. |
| Soulsoldtohell<br>4/15/2019 1:42:12 AM | If I wasnt here admiring kids of ages 7-15ish in undies and.. Doing things etc I would feel repulsed by weird shit like diaper fetishes and feet fetishes cause I dont see how. Like where does that fetish come from, but I had gotten wedgies from brothers ALOT growing up and being youngest so I like wedgies. their ridiculously hot lol. But seriously im here to post for you etc(my audience) so let me know what stuff you like and if a megalink would be tolerable(feel safe opening/accessing it) people use it but then I wouldn't have to go through the ginormous process to share my stuff to you <!-- s:) --><img src="{SMILIES_PATH}/icon_e_smil e.gif" alt=":)" title="Smile" /><!-- s:) -- |

Defendant's Initials ᴍᏟᴦ          39

> anyways yeah I like the love story its cute keep it up I'll listen. You have a good nights sleep hoping I hear from you tomorrow about some cute crushes you have and maybe cause im curious you'd tell me what year your in anyways?

xxxxx
4/14/2019 8:44:04 PM

i hadn't even seen the third post, it was so so good. can I ask backstory on that 12yrold video, he looked hot. Im guessing wedgie slave lol.
can I just say that it feels really good to have a friend like you

soulsoldtohell
4/14/2019 9:26:37 PM

awh thanks, I love the fetish as much as you I assume, yeah the kid was a youtuber taking wedgie requests left and right so I have like 7 videos saved from him, the &quot;pull him up off the ground&quot; one was really hot I favored it too <!-- s:P --><img src="{SMILIES_PATH}/icon_razz.gif" alt=":P" title="Razz" /><!-- s:P --> it was real hot. I will find upload that post I had ready to upload now and make a new one, theres one ill add in the next post after this one with a kid wedgies his friend and has a cute boner through his shorts. Glad to hear you appreciate it, haven't seen much comments on my post saying so <!-- s:? --><img src="{SMILIES_PATH}/icon_e_confused.gif" alt=":?" title="Confused" /><!-- s:? -->

xxxxx
4/14/2019 9:32:04 PM

Cool, makes sense. These are just the ones that stood out, theyre all incredible by the way. cant wait for your next post and that boner wedgie, some guy posted

Defendant's Initials ___mc___          40

wedgie challenges with boners and it went down well. yeah, comments is a bummer, what really matters is the thumbs up button and youre getting lots of those. if you want I'll comment.

xxxxx
4/14/2019 10:13:32 PM

I think we should work out a time well try to be online, Id love to chat more and since Im not doing emails anyway. How come you feel safe, surely the feds read all these messages and can track your emails?

Soulsoldtohell
4/14/2019 10:21:55 PM

There is over 9.4 petabytes of data out there, there are a fuck load of websites and enough to track, I can assure you grab the right programs that ensure your privacy, don't disclose information and play it safe you'd be fine <!-- s:D --><img src="{SMILIES_PATH}/icon_e_bigg rin.gif" alt=":D" title="Very Happy" /><!-- s:D --> I have the same worry myself so don't worry about it, I use protonmail its safe for email, also don't link the emails to any active personal stuff. You should be fine, you do anything to protect yourself? I use a virtual machine to mask my stuff (dont know if you know what that stuff is)

*Website B*

After Website A was seized by Brazil, Germany seized a separate site known as Website B.

Website B was a Tor network website. Its primary purpose was to be a chatroom dedicated to discussion related to child pornography and various

Defendant's Initials ＭＧ＿＿＿＿    41

sexual fetishes. The website launched in approximately 2019 and operated until approximately 2021 when it was seized by Germany. Postings to Website B that were publicly available to any registered user at the time of the posting were captured and archived for law enforcement review. The website allowed users to engage in online communication similar to that of Website A.

In May 2023, Australia provided Ocala FBI office messages that were posted to Website B by a user with the username "wedgie." The messages were sent while the user was in communication with another user with the username "xxxxx." The data provided by the foreign law enforcement agency reflected that "wedgie" made 247 posts to Website B.

Within the messages, "xxxxx" messaged "wedgie" and identified himself as a user from Website A. "xxxxx" also said he was sure "wedgie" was "soul" from Website A.

"Wedgie" responded in acknowledgment. The sexual fetish of wedgies that was discussed in Website A was also discussed in Website B between these two users. They discussed how Website A was taken down. Excerpts of these messages are shown below:

| | |
|---|---|
| xxxxx<br>10/12/2019 10:40:37 AM | \<t>you, were soul on (Website A)? Also,when the wedgies coming? Can't wait\</t> |
| xxxxx<br>10/12/2019 4:25:10 PM | \<t>I am pretty sure its you soul, its xxxxx from (Website A). I guess we have some catching up to do.\<br/> I missed you so much bro. I was going to post, then (Website A) went down and I felt lost and (sadly forgot the password to my drives. Some day I will get the combination right .not formatting them ever).\<br/>  How did your exams go? also, you had any wedgie slaves? Speak soon (and sorry if my first message was douchey)\</t> |
| Wedgie<br>10/12/2019 4:33:45 PM | \<t>Holy fuck buddy pal friend my god I never thought i'd hear from you again. This is awesome. So my exams went well I passes classes and I am going through my newest classes. Reason why I was away for the longest of time is I have an amazing boyfriend I truly care about, I like the guy for being him not the fact hes a bit younger 14-18 not being specific enough but yeah its been great. How did your school crush go on that guy you talked about? I will be posting more for your sake and for the sake of finding someone who has some stuff to add, losing (Website A) hurt and made me leave for a break unsure of the future on deep web you know? That place had been around for ages and I was reassured it was there to stay so I got worried what was happening and went ghost.\</t> |

xxxxx
10/12/2019 4:39:47 PM

<r>My school crush is older now but still hot, but in a completely different way. Problem with him is that he found out too early that I liked him. He fingered himself in my class while I was behing him and is always putting his hand in his pockets when Im around to feel (he's actually quite big <E>:razz:</E>), but nothing will ever happen. I'm sad but I'm fine watching him enjoy himself, I will never ask him so if he wants me he'll come. I did very well in my exams as well. <br/> I'm so proud you got a boyfriend. Tell me all about him!!<br/>  <br/> [how long can you stay and chat?]</r>

Wedgie
10/12/2019 4:46:44 PM

<t>Im going to be here and around all day mostly I am feeling in a teen boy mood rn if you feel me. I feel like doing something rn but my boyfriend can't come over because his mom and dad are wanting him to help them at the house and stuff. Hes an amazingly horny and beautiful blonde boy has extremely beautiful long blonde hair now and loves to do anything I want. He even found out about my wedgie fetish one day and stayed with me so from time to time I get to do what I love most xD</t>

Further review of the messages between "wedgie" and "xxxxx" show discussions in which "wedgie" shared his Snapchat username, "thatchillguy_36." "Wedgie" confirmed the Snapchat account was his personal account.

The users also discussed "wedgie" getting caught by his mother. "Wedgie" indicated that his mother warned him about the content she viewed on a flash drive due to the age of the children depicted. Excerpts of those conversations are provided below:

| Wedgie 10/12/2019 5:09:50 PM | <t>Uhh bitch I immediately got here and typed wedgie and saw your post you inspired me to return lol I definitely wanna make sure your going to be ok adding me on snapchat we probably wont discuss the stuff that goes on here anyways. Ill probably post random shit like when im fishing and my gaming set up etc but have you seen anything new wedgie wise or anything</t> |
|---|---|
| xxxxx 10/12/2019 5:13:07 PM | <t>not a thing. Its going dead and youtube is removing everything with a bit of underwear. Dont worry, I suspect soon the world will have to respect us, just like lgbt you know. Its the same thing really. Our children will wonder how paedophiles could ever be imprisoned.<br/> So funny you liked my post. I was wondering if you would show me a picture of your boyfriend but maybe on snapchat? I would obviously never share, you know me</t> |
| Wedgie 10/12/2019 5:17:37 PM | <r>Haha yeah exactly though and I got caught by my mom weeks ago when she checked a flash drive they weren't supposed to find when snooping for some random ass reason. I was so dead ass asleep when she talked to me about it I was basically shooing her out the door and laying back down to go to bed |

Defendant's Initials _MC_        45

lol. She didn't get mad but tried to scare me saying how their younger kids and I could be in serious danger of being caught etc. <E>:roll:</E> but maybe some day they'll understand. Because back in the day they even made boy magazines and stuff like I don't get why stuff changed when stuff is so sexual today especially social media. Add me on snapchat and i'd be down to text you and show you my BF I still gotta see about the parental restriction thing for you.</r>

Wedgie
10/12/2019 5:21:35 PM

<t>What kind of phone do you have so I can be specific when looking</t>

xxxxx
10/12/2019 5:22:44 PM

<r>I'm waiting for my dad to approve the download (every app I download has to be approved by him, ugh). Is this your real account or do I need to make a fake one? I dont mind you knowing me if I know you. While I wait, what's ur username? WHen he approves, first thing I do will add you. I checked and I dont think he can. I turned off a couple settings on apple so they dont read what I type. Snapchat has my eyes only so all no problem with that. Pretty sure he cant but will wait for that. Mum has just got dinner so am going to eat after I gwet your reply so I can come back and sort more out.<br/> <br/> Cant wait, this is a whole new chapter for me and you. Here's to our friendship <E>:cool:</E></r>

| | |
|---|---|
| xxxxx<br>10/12/2019 5:23:13 PM | \<t>iphone x. Any other privacy things would be much appreciated\</t> |
| Wedgie<br>10/12/2019 5:26:39 PM | \<t>I think your doing a fine job keeping your ass covered to be honest I think you'll be just fine. I am bored as hell at my house I wish I had decent fishing places nearby lol. My snapchat is thatchillguy_36\</t> |
| xxxxx<br>10/12/2019 5:29:57 PM | \<t>okay. Is that your personal or your fake? If personal, would reccomend you delete the message now Ive seen it. you never know what could happen if lea get on here\</t> |
| Wedgie<br>10/12/2019 5:33:36 PM | \<t>Yeah parental restrictions are really weak, you can do whatever you want, they can't see what your doing or saying at most the restrict the time on your phone and restrict what you can search up, if your allowed to buy stuff and if apps can use your phone/audio your fine. It was my personal\</t> |

A subpoena was issued to Snapchat for username "thatchillguy_36."
The email address linked to the Snapchat account is the same email address
connected to "soulsoldtohell" and Gahan. The phone linked to the Snapchat
account was the same phone as the Google email recovery phone that was
subscribed to Gahan's mother.

The messages posted by "soulsoldtohell" on Website A and "wedgie" on
Website B also show a consistent sexual interest in young children receiving or
giving wedgies.

Defendant's Initials ꭑꭶ          47

"Wedgie" communicated with another user on Website B. In their exchanges, that user commented that they believed "soulsoldtohell" on Website A and "wedgie" on Website B were the same user. The user thanked "wedgie" for his contribution to Website A and Website B. "Wedgie" responded by saying, "round of applause for noticing." In the same message exchange, "wedgie" stated that he planned to "capp some Moby fucking dicks." As provided above, the term "capp" or "capping" refers to a method of obtaining images and videos containing child pornography.

*Website C and Website D*

In May 2023, Australia provided messages and content posted by user "wedgie" on two other Tor network websites. These websites were Website C and Website D. The primary purpose of these websites was to be a chatroom dedicated to discussion related to child pornography and various sexual fetishes. Users regularly used these websites to advertise and distribute child pornography, as defined in 18 U.S.C. § 2256(8)(a).

Most of the content on these websites centered on pre-pubescent and adolescent males receiving or giving each other wedgies. There were videos of the pre-pubescent and adolescent males giving themselves wedgies. In some of the videos, it appeared as if the boys were following the direction of someone through a computer or mobile device.

Defendant's Initials _mq_          48

The messages posted by user "wedgie" depicted information related to "wedgie" engaging in "capping" or coercing children into various sexual acts including wedgies. "Wedgie" edited the videos and posted them to Website D. Some of the videos had a clear watermark at the beginning of the video that read, "Wedgie presents." A smaller mark on the bottom left corner of the video read, "wedgie productions."

Some of the messages on the websites discussed the need to edit videos for the purpose of evading law enforcement. Specifically, "wedgie" expressed that he did not want the children in the videos identified because it would lead law enforcement to the source of the post.

Below are excerpts of messages from Website C:

| | |
|---|---|
| xxxxx<br>8/24/2021 12:47:44 PM | Hi! You were the wedgie guy on (Website B)? I was Scooter there. I posted a few wedgie vids there and if I get my connection speed and proxy things fixed I can try uploading again. Welcome home! xxxxx |
| Wedgie<br>8/24/2021 3:45:45 PM | I sure hope to see you again around the thread I missed my friends. As for posting this worked wonders I hope it comes to good use. If you have any suggestions for what kinda wedgie videos I should post next I will get to work on it. But hi again old friend :-D http://pedofilesnls2htz3doaildvd5kw7 6cdw662zzzpgti3ldkikyzunnad.onion/ |

| | |
|---|---|
| xxxxx<br>12/24/2021 6:46:38 PM | Hey friend, i don't know if you already know about (Website D), but it seems to be the new place to be. When you are back, come on over. I started a wedgie mega thread in your honor to try to recreate the magic from before. |

Below of excerpts of messages from Website D:

| | |
|---|---|
| Wedgie<br>3/8/2022 3:30:18 PM | ⟨r⟩I will be doing alot of new posting and some reposting later today. stuff from BT and resistance. It is I wedgie.. destroyer of underwear ⟨E⟩:lol:⟨/E⟩⟨/r⟩ |

| | |
|---|---|
| Wedgie<br>7/13/2022 2:51:15 PM | …I had to explain to someone. Its been a HOT SUMMER. I mean HOT... Boys left and right jumping into the idea of giving their friend a wedgie or themselves a wedgie and my lucks been INSANE. ball popping out of undies. boys asking for more dares, enjoying their wedgies etc I would be here all day explaining the stories ⟨E⟩:doh:⟨/E⟩ its like every other week I would need a new updated trailer of the madness I have been capturing.⟨/r⟩ |

| | |
|---|---|
| Wedgie<br>6/14/2022 6:52:51 AM | ⟨r⟩I 100% agree with you. As well as schools being a prime way for LEO or some other bad people trying to get ahold of these boys. I have a really good video of a hanging wedgie made by yours truly but because theyre around this school I am afraid posting it would possibly get it to be identified which makes me scared... Do you think I should still post it given a bit of time has passed? ⟨E⟩:crazy:⟨/E⟩⟨br/⟩ ⟨br/⟩ also I was so excited because they were down |

to do so many wedgies and you could
see his butt just alot of fun... he even
agreed to the hanging wedgie but sadly
he and I knew he would get sorta stuck
in it which sorta turned me on even
more.. shame on me i know i do feel
bad too.. But his camera man/friend
ended stream really fast to help him
when it hurt so i never knew how it
turned out.. im hoping they got a good
rip off ‹E›:lol:‹/E› ‹E›:dance2:‹/E›‹/r›

The following messages are related to a video posted by wedgie to
Website D containing child pornography entitled "summer just got hot." In
the beginning of the video, a watermark appears that says "Wedgie presents"
with music playing in the background. As the video begins to play, the words
"wedgie productions" appear in the bottom left corner. In the video, a pre-
pubescent boy appears to be talking to someone through a computer or mobile
device. The boy states, "I ain't doing the wedgie though." As the video
progresses, the boy takes off his shorts and underwear. The boy's erect penis is
clearly visible, and he engages in brief masturbation. The boy is then shown
displaying his erect penis at various points of the video. The subject line of the
messages is "wedgies 10yr old boy toy wanted to show off." The messages
related to this post are below:

| Wedgie<br>8/3/2022 8:19:46 AM | I wanted to use this post to make it clear I'm not fooling around... but he is :lol: [b]Preview:[/b]   Backup   preview: bayimg.com/caEjHAahf [b]Download:[/b] |
|---|---|
| Wedgie<br>8/5/2022 6:40:33 AM | [quote=Satan post_id=507948 time=1659594624 user_id=290364] I love him! Thank you. Can I ask when this cutie was capped. Even just the year would be cool. I just like to know when these cuties are capped and how old they are today :D [/quote] he's still 10yrs old that's the only thing I will say ;) |

*Gahan's possession of child pornography*

The use of the usernames connected to Gahan ("soulsoldtohell" and "wedgie") on the Tor network websites depicts the exchange of child pornography. Through conversations on these websites, it is clear Gahan is a collector of child pornography, and he has a supply of child pornography that he maintains and shares with others.

Below are messages "soulsoldtohell" sent on Website A showing that he has a collection of child pornography and an interest in continually acquiring it:

| Soulsoldtohell<br>4/11/2019 12:15:53 AM | hey knowing you like wedgies just letting you know I am about to make a post here before the hour ends hope you like it and I encourage you to share some of the stuff you |
|---|---|

got locked up <!--s:P --><img src="{SMILES_PATH}/icon_razz.gif" alt=":P" title="Rass" /><!-- s:P -->

Soulsoldtohell
4/14/2019 11:39:29 AM

Just made my new addition to the wedgie post I have. Gonna make another one within the hour. So hoping I can convince you to get it started. I could help you or even an admin helped me to be honest, thats why I know what im doing now so feel free to ask because im dying to get into your vids haha

Soulsoldtohell
4/18/2019 9:08:37 AM

. . . I will attempt to find stuff, if you know what a mega link is I could send one it'd be my entire library for you? I will be continuing to send out slowly on here but its kinda hard to do all the preparing for it. If you ever get stuff to add please do, I have a lot but its not gonna be forever...

Soulsoldtohell
4/18/2019 10:51:11 AM

Yes megalink is safe I have it on that cloud to transfer from PC to VM and I broke it off because this old cook that gave me a bunch of wedgie stuff was like of Instagram and SC isnt safe... he doesn't know a thing I was helping him more than anything, that kid trusted me and had a sexy ass, I was mad to see it go, I was even buying nice stretchy underwear for dares etc(not showing faces obviously) but yeah. And people do appreciate but its hard for them to find shit, which makes me mad i'd dish out my library for what exactly you know? They won't share/go look ill stop posting eventually, I wanted to attract attention on the subject you know hope to see someone start posting

Defendant's Initials _mc_          53

if they had stuff too, but I love the discomfort face too its so funny in the whole it's a prank bro (but we fucking love this shit <!-- s:lol: --><img src="{SMILES_PATH}/icon_lol.gif" alt=":lol:" title="Laughing" /><!-- s:lol: --> kinda way) I will grab the link for you, its got some vids I didnt post like this youtuber who is really cute, your age I imagine used to do &quot;extreme wedgies # whatever video&quot; and his folder name is tronate. Tell me how happy it makes you once you get into it, I have it on my phone etc too but that kinda thing is unsafe so don't go on untrusted networks to open it up ok? Anyways your VM would be fine to download the stuff to (sorry for long message)

Below is a message "wedgie" sent on Website B showing that he has a collection of child pornography and an interest in continually acquiring it:

Wedgie
12/8/2019 4:35:59 AM

<r>Guessed right. I was trying to have a good time IRL and you were continuously bugging me about sending stuff as if I was bound to send you stuff because I have priorities and being on here and sending vids out to people isn't one of them. I seriously don't get vids back and then I feel like I waste my energy when I could be trading via online finding better stuff worth posting for us here. Your not any more special because we talk on mega sometimes <E>:roll:</E> <E>:sad:</E></r>

The last time one of the usernames connected to Gahan utilized a Tor network website was on November 24, 2022. On this date, the username "wedgie" replied to a post on Website D. The post to which "wedgie" responded was entitled, "Arab boy just sucking and sucking an ass." In December 2022, Website D was taken down.

*Gahan's home and cell phone*

On August 21, 2023, the FBI met with a detective with the Marion County Sheriff's Office. The detective attempted to contact Gahan regarding a police report in which Gahan reported a firearm stolen in January 2022. In that police report, Gahan provided his phone number to law enforcement, and it was the same number provided on the Google email and Snapchat accounts connected to Gahan.

The detective called the phone number for Gahan, but Gahan did not answer the call. The detective then called Gahan's mother, C.B. She answered the call. C.B. told the detective that Gahan lives with her. She confirmed that the number provided in the previous police report and listed on the Google email and Snapchat accounts belongs to Gahan. C.B specifically stated, "We don't change phone numbers."

Defendant's Initials ᴍ𝒞ᴸ          55

On August 22, 2023, and August 23, 2023, the FBI conducted physical surveillance of Gahan's home. On both days, the special agents identified Gahan leaving the front door of his home and entering a black Chrysler 300.

On August 24, 2023, Gahan returned the Marion County Sheriff's Office detective's call. He confirmed his identity on the phone, and he was calling from the number the detective called on August 21st.

### Search of Gahan's home

On September 7, 2023, the Honorable Philip R. Lammens, United States Magistrate Judge, signed a federal search warrant for Gahan's residence (5:23-mj-1216-PRL) in Summerfield, Florida, which is in Marion County, in the Middle District of Florida. On September 13, 2023, the FBI executed the warrant.

Gahan's mother, C.B., was the only person inside the residence before law enforcement removed her to conduct the search. C.B. told the special agents where Gahan sleeps in the home.

Within Gahan's bedroom, the special agents located two desktop computers and two laptop computers. The laptop computers were both stored in a dresser drawer. One of the desktop computers was unplugged. The other desktop computer was plugged into an electrical outlet and available for use.

Defendant's Initials ____        56

This desktop computer was sitting on a desk with paperwork pertaining to GameStop stocks with Gahan's name on it.

The special agents were able to conduct a limited forensic review of this desktop computer while on scene. This desktop computer has three hard drives built within it. The three hard drives built inside the computer were as follows: (1) Seagate 2000G hard drive with the serial number Z4Z3QHF9; (2) HGST hard drive with the serial number 140121JA120011GJRKUK; and (3) Samsung Evo 970 hard drive with the serial number S465NX0KA68645K. There was also a portable hard drive plugged into a USB port on the tower of this desktop computer at the time of the search. The portable hard drive was Seagate with the serial number NA7YPEKB.

The Seagate 2000G hard drive on this computer has a "virtual machine," which is essentially a virtual computer inside the physical computer. On this hard drive and "virtual machine," the special agents found five videos containing child pornography, as defined in 18 U.S.C. § 2256(8)(a). The videos were saved onto the desktop of the computer. The videos discovered are described as follows:

1. A video entitled "8 year old mushroom head cutie shows dick ass feet 4" – depicts a prepubescent male approximately seven or eight years old. The male has his underwear down, and his penis is exposed. He is

Defendant's Initials ⟨signature⟩          57

fondling his penis with his hands in the video. He also shows his anus and uses his finger to penetrate his anus. This video contains a watermark of Omegle, which is an internet website. Because this video was obtained through the internet, it affected interstate commerce.

2. A video entitled "11 year old ben jerks and puts toothbrush in ass" – depicts a prepubescent male with his erect penis exposed. He is masturbating his penis with his hands. He also penetrates is anus with a toothbrush.

3. A video entitled "selfsuck_whit_cum" – depicts a prepubescent male, approximately ten or eleven years old, with his penis exposed. He is giving himself oral sex and masturbating his penis with his hands. The male ejaculates into his mouth.

4. A video entitled "04 (3)" – depicts a prepubescent male, approximately six or seven years old, with his pants around his ankles and his penis exposed. The male is lying on his back with an erect penis. The male then turns onto his stomach. The person filming the video approaches the male and spreads his butt cheeks to expose the male's anus.

5. A video entitled "youtoo014" – depicts a prepubescent male, approximately seven years old, drop his underwear and expose his penis. The male masturbates his erect penis with his hands.

Seagate 2000G hard drive has a manufacturing sticker indicating that it was manufactured by Seagate, which does not have any manufacturing plants in Florida. The manufacturing sticker also provides that the hard drive is a "Product of Thailand."



*Above is an image of the hard drive's manufacturing information.*



*Above is a closer image of the hard drive's manufacturing information.*

Defendant's Initials _____        59

Because the videos were saved onto a device that was manufactured in Thailand but in Gahan's possession in the Middle District of Florida, the videos affected interstate and foreign commerce.

*Search of Gahan's cell phone*

On September 7, 2023, the Honorable Philip R. Lammens, United States Magistrate Judge, signed a federal search warrant for Gahan's cell phone (5:23-mj-1217-PRL). On September 13, 2023, the FBI executed the warrant.

FBI special agents made contact with Gahan at his place of business. The special agents told Gahan that they had a federal search warrant for his cell phone. Gahan removed the cell phone from his pocket and handed it to the special agents. The phone was a Samsung Galaxy Cellphone with the serial number RFCN706 and International Mobile Equipment Identity number 359010330140910. Gahan also provided the special agents with the passcode for the cell phone. The special agents were unable to locate any images or videos containing child pornography on Gahan's cell phone.

However, the Google email and Snapchat accounts that connected the usernames "soulsoldtohell" and "wedgie" to Gahan were on Gahan's cell phone. The Snapchat application under the account, "thatchillguy_36," that

Defendant's Initials ꭲꭓꭼꞰ           60

"wedgie" gave to another user on Website B was open on Gahan's phone during the search.

*Further forensic review*

Upon a further forensic review of Gahan's Samsung Evo 970 hard drive, FBI agents found recorded video calls between Gahan and a 14-year-old boy, G.S. The calls depict the boy showing his penis to Gahan. The FBI recovered five recorded video calls depicting child pornography of the boy. The calls were dated as being recorded on May 13, 2023, May 14, 2023, and May 25, 2023. Gahan exposed his penis to the boy in one of the calls. All the recordings were made by Gahan without G.S.'s knowledge.

The calls were made through an internet application, Discord. This application allows users to text communication and make video calls. It does not allow users to record video calls; however, Gahan used another application on his computer to record the calls as they occurred. Thus, G.S. would not have known the calls were recorded. The calls only recorded the boy's audio communication to Gahan. Gahan's audio was not recorded.

The FBI sent subpoenas on behalf of the grand jury to Discord, and they were able to identify G.S. as the boy depicted in the video calls. G.S. is a Canadian citizen. On December 4, 2023, the FBI traveled to Belize to conduct a forensic child interview of G.S. while he was staying there with his family.

During the interview, G.S. advised that he lives in Alberta, Canada, which is where he was during the recorded video calls with Gahan. He met Gahan on Discord. They had been talking to each other for approximately one and a half years. They communicated with one another through the telephone and computer using the applications Snap Chat and Discord.

Gahan knew G.S. was 14 years old. They initially began a relationship as friends, but their relationship evolved into a romantic relationship. G.S. advised that he felt manipulated by Gahan to have romantic feelings for him. Gahan told G.S. to send him pictures of his penis on Snap Chat and to masturbate on camera during Discord video calls. G.S. sent Gahan a picture of his penis on Snap Chat. During one video call, Gahan put a pornographic video on the screen, and Gahan told G.S. to masturbate with him on the video call. G.S. advised that this made him feel uncomfortable. G.S. confirmed that he did not know Gahan recorded the video calls.

The Samsung Galaxy Cellphone that was seized from Gahan's person on September 13, 2023, was used to communicate with G.S. and continue their relationship that allowed Gahan to coerce G.S. into producing child pornography, as charged in Count Two of the Superseding Indictment.

Defendant's Initials _mG_                62