UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 5:23-cr-91-JA-PRL

MATTHEW ALLEN GAHAN

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a 4-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Matthew Allen Gahan, provided truthful and timely information to the United States which resulted in the Federal Bureau of Investigation ("FBI") gaining access to websites involving the sexual exploitation of children. This access would not have otherwise been achievable. With this access, the FBI has been able to develop valuable intelligence that can be used to protect children.

The United States believes that, because of the defendant's efforts on behalf of the United States, he should receive a 4-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests this Honorable Court to grant the motion for a downward departure of the defendant's sentence.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Hannah Nowalk
Hannah Nowalk
Assistant United States Attorney
Florida Bar No. 0123632
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: hannah.nowalk@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sean William Landers, Esq.

By: /s/ Hannah Nowalk
Hannah Nowalk
Assistant United States Attorney
Florida Bar No. 0123632
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: hannah.nowalk@usdoj.gov